# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LISA STEVENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:20-cv-00325-GZS |
| | ) |
| SOUTHERN MAINE ORAL & | ) |
| MAXILLOFACIAL SURGERY, P.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding in this matter.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 5th day of April, 2022.