UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LISA STEVENS, | ) |
|           **Plaintiff** | ) ) ) |
| v. | )   No. 2:20-cv-00325-NT ) |
| SOUTHERN MAINE ORAL AND MAXILLOFACIAL SURGERY, P.A., | ) ) ) ) |
|           **Defendant** | ) ) |

**REPORT OF PRETRIAL CONFERENCE
AND ORDER**

On May 4, 2022, I convened a scheduled final pretrial conference in this matter with Attorney Dieterich appearing for the Plaintiff and Attorney Taintor for the Defendant. At the outset, I advised that because of the Court's COVID restrictions and the volume of cases ready for trial in June, it appeared unlikely that this case would remain on the June trial list. I inquired whether, in view of that uncertainty, this case should be moved to the July trial list, and both sides agreed. The Clerk's Office therefore is **DIRECTED** to continue this case to the Court's July 2022 trial list and reschedule the final pretrial conference accordingly.

Before adjourning, I addressed the following pretrial matters with the parties:

    1.    *Description of the Case*. Without objection, the case shall be described as follows:

> The Plaintiff sues the Defendant, her former employer, pursuant to the Maine Human Rights Act (MHRA), Americans with Disabilities Act (ADA), and Maine Family Medical Leave (MFML) law for failing to

1

reasonably accommodate her disability, subjecting her to a hostile work environment, and retaliating against her for taking protected medical leave and/or reporting conduct that she reasonably believed was unlawful. She seeks compensatory, statutory, and punitive damages, attorney fees, and injunctive and declaratory relief. The Defendant denies any liability.

2. *Maximum Number of Trial Days*. The case will require no more than five full trial days based on an 8:30 a.m. to 2:30 p.m. schedule.

3. *Requests for Written Juror Questionnaire*. Both parties expressed interest in the court utilizing a written juror questionnaire. I **DIRECTED** that they meet and confer to attempt to craft a single proposed written juror questionnaire if possible, limited to specific sensitive issues, to be due on a date (likely between seven and ten days prior to jury selection) that will be set at the final pretrial conference.

4. *Juror Notebooks*. I **DIRECTED** the parties to meet and confer to determine whether either side seeks additional glossary terms for inclusion in juror notebooks and, if so, to attempt to craft a single proposal for any additional glossary term(s) if possible, to be due on a date (likely between seven and ten days prior to jury selection) that will be set at the final pretrial conference.

**SO ORDERED**.

## NOTICE

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: May 5, 2022

                                                <u>/s/Karen Frink Wolf</u>
                                                Karen Frink Wolf
                                                United States Magistrate Judge